UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                                           Chapter 11

KOLLEL MATEH EFRAIM, LLC, a/k/a                                 Case No. 04-16410 (SMB)
MATEH EPHRAIM LLC, a/k/a
KOLEL MATEH EFRAIM


                          Debtor.
-------------------------------------------------------x

## NOTICE OF APPEAL

           Kollel Mateh Efraim, LLC, a/k/a Mateh Ephraim LLC, a/k/a Kolel Mateh Efraim

( the "Debtor"), appeals under 28 U.S.C. § 158(a) to the United States District Court for the

Southern District of New York from the order of Stuart M. Bernstein, United States Bankruptcy

Judge, dated April 25, 2007 and entered April 26, 2007 in a contested matter in this bankruptcy

case (ECF Docket No. 119).

           The names of all the parties to the order appealed from and the names, addresses,

and telephone numbers of their respective attorneys are as follows:



**Debtor/Appellant**

           The Debtor, Kollel Mateh Efraim, LLC, a/k/a Mateh Ephraim LLC, a/k/a Kolel

Mateh Efraim

           Represented by:

           Abraham Backenroth, Esq. (AB-1989)
           Scott Krinsky, Esq. (SK-2049)
           Backenroth, Frankel & Krinsky, LLP
           489 Fifth Avenue
           New York, New York 10017
           Tel: (212) 593-1100

**Appellee**

Appellee, Helen May Holdings, LLC

Represented by:

David Carlebach, Esq. (DC-7350)
40 Exchange Place
New York, New York 10005
Tel: (212) 785-3041

Dated: New York, New York
         May 4, 2007

BACKENROTH FRANKEL & KRINSKY, LLP
Attorneys for Debtor/Appellant

By:      s/Scott Krinsky (SK-2049)
         489 Fifth Avenue
         New York, New York 10017
         Tel: (212) 593-1100