**BACKENROTH FRANKEL & KRINSKY, LLP**
489 Fifth Avenue
New York, New York 10017
(212) 593-1100

*Abraham J. Backenroth*                                                                 *Telecopier No.*
*Mark A. Frankel*                                                                       *(212) 644-0544*
*Scott A. Krinsky*

July 10, 2007

**BY FAX AND ECF**
The Honorable Richard J. Holwell
United States District Judge
United States District Court
    Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    **In re: Kollel Mateh Efraim, LLC, Case No. 07cv5996 (RJH)**

Dear Judge Holwell:

      We are counsel to the debtor/appellant Kollel Mateh Efraim, LLC in this case which arises from an appeal from a bankruptcy court order, dated April 25, 2007. We write to respectfully request a consensual thirty (30) day extension of the current deadlines for the briefing schedule for the appeal. Pursuant to the Bankruptcy Rule 8009, (a) appellant's brief in support of its appeal is due on July 13, 2007 (see also, ECF Doc. No. 1); (b) appellee's opposition brief is due July 30, 2007; and (c) appellant's reply brief is due August 9, 2007. The parties have not made any prior requests for adjournments or extensions. The reason for the extension request is, among other things, the pendency of other urgent and time consuming bankruptcy and litigation matters, including the underlying bankruptcy case; the summer vacation schedule of this firm's senior partner, Abraham Backenroth; and the breadth of the work involved in the appeal. We also enclose a proposed revised scheduling order which extends all prior deadlines thirty (30) days, as follows (a) appellant's brief in support of its appeal is due on August 13, 2007; (b) appellee's opposition brief is due September 12, 2007; and (c) appellant's reply brief is due October 12, 2007.

Respectfully Submitted,

*/s/ Scott Krinsky*
Scott Krinsky

Enc:
cc: David Carlebach, Esq. (by fax)(w/enc)