UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

Kollel Mateh Efraim, LLC, a/k/a

<u>Debtor</u>                                                                 07cv5996 (RJH)
Kollel Mateh Efraim, LLC                                      <u>AMENDED SCHEDULING ORDER</u>

<u>Appellant</u>
Kollel Mateh Efraim, LLC

                - against -

Helen-May Holdings, LLC
                                    Appellee.
------------------------------------------------------------x
RICHARD J. HOLWELL, District Court Judge:

      An appeal of the Order of the Bankruptcy Court of the Southern District of New York having been filed and appellant having submitted its designation of record on appeal, and pursuant to Bankruptcy Rule 8009, (a) appellant's brief in support of its appeal is due on July 13, 2007 (see also, ECF Doc. No. 1); (b) appellee's opposition brief is due July 30, 2007; and (c) appellant's reply brief is due August 9, 2007, it is hereby

      ORDERED, that the briefing schedule is hereby amended, and pursuant to the Amended Scheduling Order, (a) appellant's brief in support of its appeal is due on August 13, 2007; (b) appellee's opposition brief is due September 12, 2007; and (c) appellant's reply brief is due October 12, 2007.

Dated:     New York, New York
           July     , 2007


                                    SO ORDERED

                                    _____
                                    Richard J. Howell, USDJ