```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In re

Kollel Mateh Efraim, LLC, a/k/a

Debtor                                         07cv5996 (RJH)
Kollel Mateh Efraim, LLC                       AMENDED SCHEDULING ORDER

Appellant
Kollel Mateh Efraim, LLC

         - against -

Helen-May Holdings, LLC
                    Appellee.
-----------------------------------------------------x
RICHARD J. HOLWELL, District Court Judge:

   An appeal of the Order of the Bankruptcy Court of the Southern District of New York having been filed and appellant having submitted its designation of record on appeal, and pursuant to Bankruptcy Rule 8009, (a) appellant's brief in support of its appeal is due on July 13, 2007 (see also, ECF Doc. No. 1); (b) appellee's opposition brief is due July 30, 2007; and (c) appellant's reply brief is due August 9, 2007, it is hereby

   ORDERED, that the briefing schedule is hereby amended, and pursuant to the Amended Scheduling Order, (a) appellant's brief in support of its appeal is due on August 13, 2007; (b) appellee's opposition brief is due September 12, 2007; and (c) appellant's reply brief is due October 12, 2007.

Dated:    New York, New York
          July 17, 2007

                                   SO ORDERED

                                   _____
                                   Richard J. Howell, USDJ