UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

Kollel Mateh Efraim, LLC, a/k/a

Debtor
Kollel Mateh Efraim, LLC

Appellant
Kollel Mateh Efraim, LLC

   - against -

Helen-May Holdings, LLC
                              Appellee.
-----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/07
```

07cv5996 (RJH)
SECOND AMENDED SCHEDULING ORDER

RICHARD J. HOLWELL, District Court Judge:

    An appeal of the Order of the Bankruptcy Court of the Southern District of New York having been filed and appellant having submitted its designation of record on appeal, and pursuant to Bankruptcy Rule 8009, (a) appellant's brief in support of its appeal is due on July 13, 2007 (see also, ECF Doc. No. 1); (b) appellee's opposition brief is due July 30, 2007; and (c) appellant's reply brief is due August 9, 2007, it is hereby

    An Amended Scheduling Order having been issued by this Court, dated July 18, 2007, ordering that (a) appellant's brief in support of its appeal is due on August 13, 2007; (b) appellee's opposition brief is due September 12, 2007; and (c) appellant's reply brief is due October 12, 2007; it is hereby

    ORDERED, that the Amended Scheduling Order is amended and pursuant to the Second Amended Scheduling Order, (a) appellant's brief in support of its appeal is due on ~~September 12~~, August 22, 2007; (b) appellee's opposition brief is due ~~October 12~~ September 21, 2007; and (c) appellant's reply brief is due ~~November 12, 2007~~ October 19, 2007

Dated:    New York, New York
            August 13, 2007

                          SO ORDERED

                          _____
                          Richard J. Howell, USDJ